# Court of Appeals
# of the State of Georgia

ATLANTA, July 25, 2025

*The Court of Appeals hereby passes the following order:*

**A25A2052. WESLEY COOPER v. THE STATE.**

Wesley Cooper appeals from the trial court's denial of his motion for credit for time served in confinement. The proper method for challenging credit for time served is through a mandamus action against prison officials. See *Warbington v. State*, 303 Ga. 649, 651 (814 SE2d 351) (2018). Such a motion filed in a criminal case is a nullity, which presents nothing to appeal. See id. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/25/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*